

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2025

No. 04-25-00456-CV

**IN RE** Modesto **E. GARZA**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
               Lori Massey Brissette, Justice
               Velia J. Meza, Justice

On July 15, 2025, relator filed his petition for writ of mandamus. After considering the petition and the record, this court concludes that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 8, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022CI18195, styled *In the interest of G.J.G., a Child*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.